receipt # 11092632
10/28/11 $9.28

# MARK S. WALLACH
## Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

October 27, 2011

FILED
OCT 2 8 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

Re: Curtiss K. Chase
Ivorann G. Chase
BK NO. 11-10541
Request to Deposit of Unclaimed Funds
into the United States Treasury

Dear Mr. Warren:

Enclosed herewith please find my Trustee check in the amount of $9.28. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

___ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

_X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| HSBC Bank Nevada, N.A. | $4.99 | Claims Register #8 |
| Springfield Financial Services | $4.29 | Claims Register #22 |

Very truly yours,

BY: Mark A. Wallach TIB/k
Mark S. Wallach, Trustee

Enclosure